MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> WALTER SWIFT, <br>     Defendant. | No. CR 12-0214 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM APRIL 17, 2012 TO MAY 8, 2012 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT |

      The defendant, Walter Swift, represented by Elizabeth Falk, Assistant Federal Public Defender, and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable Richard Seeborg on April 17, 2012 for an initial appearance. The defendant asked that the matter be continued to May 8, 2012. The Court set the matter to May 8, 2012. The parties agree that time is appropriately excluded under 18 U.S.C. § 3161, the Speedy Trial Act.

      The defendant agreed that an exclusion of time is appropriate under the Speedy Trial Act between April 17, 2012 and May 8, 2012, for purposes of effective preparation of counsel, in

STIPULATION AND [~~PROPOSED~~] ORDER
CR 12-0214 RS

| | |
|---|---|
| 1 | order to allow defense counsel with adequate time to review the discovery, conduct an |
| 2 | investigation, and consult with the defendant.  In addition, the defendant agrees to exclude for |
| 3 | this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represent that |
| 4 | granting the continuance, in order to provide defense counsel with adequate time to review the |
| 5 | discovery, conduct additional investigation, and consult with the defendant, is necessary for |
| 6 | effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § |
| 7 | 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a |
| 8 | continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 |
| 9 | U.S.C. § 3161(h)(7)(A). |

SO STIPULATED:

MELINDA HAAG
United States Attorney

/s/

DATED: April 25, 2012

CYNTHIA M. FREY
Assistant United States Attorney

/s/

DATED: April 25, 2012

ELIZABETH FALK
Attorney for WALTER SWIFT

STIPULATION AND [~~PROPOSED~~] ORDER
CR 12-0214 RS                        -2-

1     The Court finds that failing to exclude the time between April 17, 2012 and May 8,
2 2012 would unreasonably deny the defendant and counsel the reasonable time necessary for
3 effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
4 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
5 between April 17, 2012 and May 8, 2012 from computation under the Speedy Trial Act outweigh
6 the best interests of the public and the defendants in a speedy trial.
7     Therefore, IT IS HEREBY ORDERED that the time between April 17, 2012 and May 8,
8 2012, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
9 §§ 3161(h)(1)(G), (h)(7)(A), and 3161(h)(7)(B)(iv).

DATED:  4/25/12

_____
HONORABLE RICHARD SEEBORG
United States District Judge