1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CYNTHIA M. FREY  (CABN 150571)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,            )    No. CR 12-0214 RS
14                                       )
          Plaintiff,                     )
15                                       )    STIPULATION AND [PROPOSED]
       v.                                )    ORDER EXCLUDING TIME FROM MAY
16                                       )    22, 2012 TO JUNE 12, 2012 FROM
   WALTER SWIFT,                         )    CALCULATIONS UNDER THE SPEEDY
17                                       )    TRIAL ACT
          Defendant.                     )
18                                       )
                                         )
19

20
          The defendant, Walter Swift, represented by Elizabeth Falk, Assistant Federal Public

21
   Defender, and the government, represented by Cynthia Frey, Assistant United States Attorney,

22
   appeared before the Honorable Richard Seeborg on May 22, 2012 for a status conference.  The

23
   defendant asked that the matter be continued to June 5, 2012, as the parties were attempting to

24
   resolve the matter.  The Court set the matter to June 5, 2012.  The parties agreed that time is

25
   appropriately excluded under 18 U.S.C. § 3161, the Speedy Trial Act through June 5, 2012.  The

26
   parties appeared before the Honorable Richard Seeborg on June 5, 2012 and the defendant

27
   requested a motions schedule such that the defendant will file a motion on June 12, 2012.  The

28
   STIPULATION AND [PROPOSED] ORDER
   CR 12-0214 RS

1  hearing on the motion is set for July 10, 2012.  The parties agreed that time is also appropriately

2  excluded between June 5 and June 12, 2012 for effective preparation of counsel.

3       The defendant agrees that an exclusion of time is appropriate under the Speedy Trial Act

4  between May 22, 2012 and June 12, 2012, for purposes of effective preparation of counsel, in

5  order to allow defense counsel with adequate time to review the discovery, conduct an

6  investigation, and consult with the defendant.  In addition, the defendant agrees to exclude for

7  this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represent that

8  granting the continuance, in order to provide defense counsel with adequate time to review the

9  discovery, conduct additional investigation, and consult with the defendant, is necessary for

10 effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

11 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a

12 continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

13 U.S.C. § 3161(h)(7)(A).

14      In addition, the defendant agrees that time shall be excluded under the Speedy Trial Act

15 between June 12, 2012 and July 10, 2012 due to delay resulting from any pre-trial motion

16 through the conclusion of the hearing on or other prompt disposition of such matter.  18 U.S.C. §

17 3161(h)(1)(D).

18

19 SO STIPULATED:

20
                                              MELINDA HAAG
21                                            United States Attorney

22                                                    /s/

23 DATED: June 7, 2012              _____
                                              CYNTHIA M. FREY
24                                            Assistant United States Attorney

25                                                    /s/

26 DATED: June 7, 2012              _____
                                              ELIZABETH FALK
27                                            Attorney for WALTER SWIFT

28

STIPULATION AND [PROPOSED] ORDER
CR 12-0214 RS                                    -2-

1        The Court finds that failing to exclude the time between May 22, 2012 and June 12,

2   2012 would unreasonably deny the defendant and counsel the reasonable time necessary for

3   effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

4   3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time

5   between May 22, 2012 and June 12, 2012 from computation under the Speedy Trial Act

6   outweigh the best interests of the public and the defendants in a speedy trial.

7        Therefore, IT IS HEREBY ORDERED that the time between May 22, 2012 and June 5,

8   2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.

9   §§ 3161(h)(1)(G), (h)(7)(A), and 3161(h)(7)(B)(iv).

10

11       The Court further finds that time is appropriately excluded under the Speedy Trial Act

12  from June 12, 2012 to July 10, 2012 due to due to delay resulting from any pre-trial motion

13  through the conclusion of the hearing on or other prompt disposition of such matter.

14       IT IS THEREFORE ORDERED that the time between June 12, 2012 to July 10, 2012

15  shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(1)(D).

16

17  DATED: _ 6/7/12 _____          _____

18                                          HONORABLE RICHARD SEEBORG
                                            United States District Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 12-0214 RS                              -3-